**Order entered July 23, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00445-CV

## THE UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER, Appellant

### V.

## PAMELA RHODES, Appellee

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-11649

## ORDER

Before the Court is appellant's July 22, 2019 unopposed first motion for extension of time to file its reply brief. We **GRANT** the motion and **ORDER** the brief be file no later than September 4, 2019.

/s/     KEN MOLBERG
JUSTICE